IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| MARVIN DEAN GOODSON | § | |
| VS. | § | CIVIL ACTION NO. 6:05cv393 |
| ETMC-GILMER, ET AL. | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Judith K. Guthrie, who issued a Report and Recommendation concluding that the complaint filed by the Plaintiff, a prisoner confined in the Gregg County Jail, pursuant to 42 U.S.C. § 1983 should be dismissed pursuant to the "three strikes" provisions of 28 U.S.C. § 1915(g).  The Plaintiff has filed objections saying that he does not have the money to pay the full filing fee.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Plaintiff are without merit.  The Plaintiff may not proceed *in forma pauperis* in federal court due to his history of filing frivolous lawsuits and because he has not satisfied the exception to § 1915(g). Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.  It is accordingly

**ORDERED** that the complaint is **DISMISSED** with prejudice for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g). It is further

**ORDERED** that the Plaintiff's *in forma pauperis* status is revoked. The Plaintiff may resume his lawsuit if he pays the entire filing fee within thirty days from the entry of this order. *See Carson v. Johnson*, 112 F.3d 818, 823 (5th Cir. 1997). It is finally

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 17th day of November, 2005.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**